UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATURAL RESOURCES DEFENSE COUNCIL,
INC.,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF ENERGY,

Defendant.

24 Civ. 2113 (JLR)

**STIPULATION AND ORDER
REGARDING PROCESSING
SCHEDULE**

 

**WHEREAS**, on March 21, 2024, plaintiff Natural Resources Defense Council, Inc.

("Plaintiff") filed a complaint (the "Complaint") pursuant to the Freedom of Information Act, 5

U.S.C. § 552 ("FOIA"), against the United States Department of Energy ("Defendant" or the

"DOE");

**WHEREAS**, the Complaint requested, among other things, that DOE search for and

produce records responsive to Plaintiff's FOIA request to DOE, dated December 6, 2021 and

labeled Request #HQ-2022-00231-F (the "Request");

**WHEREAS**, Plaintiff and DOE have engaged in negotiations with respect the timing of

the DOE's response to the Request; and

**WHEREAS**, based on its searches to date, DOE has identified a set of documents

potentially responsive to the Request;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and

between Plaintiff and DOE as follows:

1.        By the 7th day of October 2024, DOE shall review 400 pages of records for

responsiveness found in response to the Request and, if responsive, complete processing of those

pages (*i.e.*, release of non-exempt records or portions of records responsive to the Request, notification to Plaintiff of the complete or partial withholding of records pursuant to any applicable FOIA exemption, or referral of records to other agencies, components, or outside submitters for consultation).

2.      By the 7th day of each month after October 7, 2024, DOE shall review 500 pages of records for responsiveness found in response to the Request and, if responsive, complete processing of those pages (*i.e.*, release of non-exempt records or portions of records responsive to the Request, notification to Plaintiff of the complete or partial withholding of records pursuant to any applicable FOIA exemption, or referral of records to other agencies, components, or outside submitters for consultation) until DOE has completed its review and processing of all records identified in DOE's search that are responsive to Plaintiff's FOIA Request.

3.      This processing schedule relates only to the documents currently identified by DOE as potentially responsive to the Request. Plaintiff reserves all rights to seek a different or faster processing rate concerning any other potentially responsive documents that DOE may identify in connection with Plaintiff's FOIA request, and DOE reserves all rights regarding any such request by Plaintiff.

4.      Within sixty days after the Court has entered this Stipulation and Order, and every sixty days thereafter, the parties shall file a joint status report with the Court regarding the status of the case and DOE's processing of responsive records (stating, at minimum, the number of pages reviewed by DOE in the preceding sixty days, the number of pages produced during the same time period, and the number of pages remaining to be reviewed for potential production).

5.      By entering into this Stipulation and Order, DOE does not concede that Plaintiff is eligible for or entitled to attorneys' fees under 5 U.S.C. § 552(a)(4)(E), and DOE reserves all

defenses to any claim, including for attorneys' fees, and Plaintiff does not waive any right to

seek to recover attorneys' fees and costs or to contest any aspect of DOE's responses, including

the adequacy of its searches or its complete or partial withholding of responsive records pursuant

to any applicable FOIA exemption.


Dated:    New York, New York
              September 10, 2024

|  |  |
|---|---|
|  | DAMIAN WILLIAMS<br>United States Attorney for the<br>Southern District of New York |
| By:    _/s/ *Chantel Jathan (by consent)*____<br>CHANTEL JATHAN<br>Natural Resources Defense Council<br>1152 15th Street NW, Ste. 300<br>Washington, DC 20005<br>Telephone:  (202) 836-9344<br>Email:  cjathan@nrdc.org<br><br>*Attorney for Plaintiff* | By:    /s/ *Dana Walsh Kumar*<br>DANA WALSH KUMAR<br>Assistant United States Attorney<br>86 Chambers Street, 3rd Floor<br>New York, New York 10007<br>Telephone:  (212) 637-2741<br>Email: dana.walsh.kumar@usdoj.gov<br><br>*Attorney for Defendant* |


SO ORDERED:


_____
HONORABLE JENNIFER L. ROCHON
UNITED STATES DISTRICT JUDGE