UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., <br><br> Plaintiff, <br><br> -against- <br><br> UNITED STATES DEPARTMENT OF ENERGY, <br><br> Defendant. | Case No. 1:24-cv-02113 (JLR) <br><br> **ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      This case arises under the Freedom of Information Act, Title 5, United States Code, Section 552.  The parties are hereby ORDERED to submit a joint letter, no later than **two weeks from the date of this order** and not to exceed two pages, indicating whether there is any need for discovery or an initial conference in this case.  If there is no such need, the parties should include in their letter a proposed briefing schedule for any motions, including motions for summary judgment.

Dated:  December 9, 2024
         New York, New York

                                                SO ORDERED.

                                                JENNIFER L. ROCHON
                                                United States District Judge